**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter **7**

☐ Check if this is an amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Mugshotz Bar & Grill LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | dba R Sport Bar and Grill |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8  1 – 1  4  0  8  7  6  8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **721 South 1st St**<br>Number     Street | **3265 S Hwy 208**<br>Number     Street |
| | P.O. Box |
| **Abilene**           **TX**   **79602**<br>City                State   ZIP Code | **Snyder**            **TX**   **79549**<br>City                State   ZIP Code |
| **Taylor**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number     Street |
| | City                State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Mugshotz Bar & Grill LLC**                                    Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__7__ __2__ __2__ __5__

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Mugshotz Bar & Grill LLC** _____    Case number (if known) _____

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.  Debtor  **Anthony Paul Miller** _____    Relationship  **Member** _____

District _____ When _____
MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

Case number, if known _____

Debtor  **Jarod Newberry** _____    Relationship  **Member** _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11.**  **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Mugshotz Bar & Grill LLC**                                    Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**     _____
                                Number      Street

                                _____

                                _____
                                City                              State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

                Contact name  _____

                Phone  _____

---

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **Mugshotz Bar & Grill LLC** _____   Case number (if known) _____

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X **/s/ Anthony Miller** _____
Signature of authorized representative of debtor

**Anthony Miller** _____
Printed name

**Managing Member** _____
Title

**18.  Signature of attorney**

X **/s/ Alice Bower** _____   Date _____
Signature of attorney for debtor                              MM / DD / YYYY

**Alice Bower** _____
Printed name

**Alice Bower** _____
Firm name

**6421 Camp Bowie Blvd. Suite 300** _____
Number        Street

_____

**Fort Worth** _____   **TX**     **76116** _____
City                                           State      ZIP Code

**(817) 737-5436** _____   **ecf@alicebower.com, alice@alicebo**
Contact phone                                  Email address

**15148500** _____   **TX** _____
Bar number                State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Mugshotz Bar & Grill LLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

**2.** **Cash on hand** _____

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Checking account with Prosperity Bank - status of whether it is open or not is unknown** | **Checking account** | 6  3  1  9 | $0.00 |

**4.** **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$0.00

### Part 2:  Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor   **Mugshotz Bar & Grill LLC**_____   Case number (if known) _____
          Name

                                                                                              **Current value of**
                                                                                              **debtor's interest**

**7.   Deposits, including security deposits and utility deposits**

     Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

**9.   Total of Part 2.**                                                                     ┌─────────────────┐
     Add lines 7 through 8.  Copy the total to line 81.                                       │ _____ $0.00   │
                                                                                              └─────────────────┘

| **Part 3:** | **Accounts receivable** |
|---|---|

**10.   Does the debtor have any accounts receivable?**

     ☑ No.  Go to Part 4.
     ☐ Yes.  Fill in the information below.

                                                                                              **Current value of**
                                                                                              **debtor's interest**

**11.   Accounts receivable**

11a.   90 days old or less:   _____ – _____ = ............. ➔ _____
                              face amount         doubtful or uncollectible accounts

11b.   Over 90 days old:      _____ – _____ = ............. ➔ _____
                              face amount         doubtful or uncollectible accounts

**12.   Total of Part 3**                                                                     ┌─────────────────┐
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                  │ _____ $0.00   │
                                                                                              └─────────────────┘

| **Part 4:** | **Investments** |
|---|---|

**13.   Does the debtor own any investments?**

     ☑ No.  Go to Part 5.
     ☐ Yes.  Fill in the information below.

                                                        **Valuation method**        **Current value of**
                                                        **used for current value**   **debtor's interest**

**14.   Mutual funds or publicly traded stocks not included in Part 1**

        Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated**
        **businesses, including any interest in an LLC, partnership, or joint venture**

        Name of entity:                              % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and**
        **non-negotiable instruments not included in Part 1**

        Describe:

**17.   Total of Part 4**                                                                     ┌─────────────────┐
     Add lines 14 through 16.  Copy the total to line 83.                                     │ _____ $0.00   │
                                                                                              └─────────────────┘

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

     ☑ No.  Go to Part 6.
     ☐ Yes.  Fill in the information below.

Official Form 206A/B          **Schedule A/B: Assets -- Real and Personal Property**          page 2

Debtor    **Mugshotz Bar & Grill LLC**                                    Case number (if known) _____
        Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   **Mugshotz Bar & Grill LLC**                              Case number (if known) _____
        Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

Debtor   **Mugshotz Bar & Grill LLC**_____   Case number (if known) _____
     Name

**Hood System,**
**Keg Cooler,**
**Food walk in cooler,**
**Dish Machine,**
**Glass Freezers,**
**Table Top refrigerator,**
**Beer Cooler,**
**Two ice machines,**
**Walk in freezer,**
**These assets were left in building that has been**
**sold by the lienholder.**
**Bar sink,**
**Custom stainless commercial kitchen, Shelving**
**for both walk in coolers, Roll downs for patio**
**windows,**
**18 televisions and mounts,**
**Table top prep cooler,**
**Pizza ovens,**
**Tilt skillet 25 gallon,**
**3 quick recovery fryers,**
**Two commercial convection ovens, 3 feet flat**
**top griddle,**
**6 burner stove top,**
**4 ft chair,**
**Broiler,**
**Two single door reach in coolers, One food**
**warmer 6 ft,**
**Two hot wells 6 ft and 3 ft,**
**One pizza prep cooler,**
**189 chairs, 43 tables,**
**51 table stands,**
**4 high chairs,**
**3 stainless work tables,**
**POS system- Revention loan,**
**All glassware,**
**New A/C,**
**All tools and utensils for kitchen,**
**40 beer taps,**
**6 patio heaters,**
**6 propane bottles,**
**Glyco system,**
**Co 2 bottles,**
**Security cameras,**
**Beer and alcohol inventory left at the time of**
**close, Food inventory at the time of sale and**
**close**                                                                                    **$0.00**

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other
    artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
    or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                    **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Debtor | **Mugshotz Bar & Grill LLC** | Case number (if known) |
|---|---|---|
| | Name | |

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $0.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| $0.00 |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Mugshotz Bar & Grill LLC**                                    Case number (if known) _____
        Name

## Part 10: Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11: All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    **Mugshotz Bar & Grill LLC**                                    Case number (if known) _____
_____
Name

**75.  Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**                                                                                          | $0.00 |
Add lines 71 through 77.  Copy the total to line 90.

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.  Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.  Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.  Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.  Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.  Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.  Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.  Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.  Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.  Real property.** *Copy line 56, Part 9.*........................................➜ | | $0.00 |
| **89.  Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.  All other assets.**  *Copy line 78, Part 11.* | + $0.00 | |
| **91.  Total.**  Add lines 80 through 90 for each column.  91a. | $0.00 | + 91b. $0.00 |

**92.  Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.............................................................. | $0.00 |

**Fill in this information to identify the case:**

Debtor name  **Mugshotz Bar & Grill LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

| **2.1** | | | |
|---|---|---|---|
| Creditor's name **First Financial Bank** | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
| Creditor's mailing address **P.O. Box 701** | **721 S 1st St, Abilene, TX 79602** | | |
| | Describe the lien | | |
| | **Real Estate Lien Note** | | |
| **Abilene        TX    79604** | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No | | |
| | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ☐ No | | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply. | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

**Property was sold by lienholder. Balance is believed to have been paid in full.**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$400,195.87

Debtor   **Mugshotz Bar & Grill LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2**

| | |
|---|---|
| **Creditor's name**<br>**Small Business Admin.** | **Describe debtor's property that is subject to a lien**<br>**721 S 1st St, Abilene, TX 79602** |

Amount of claim: **$150,000.00**  Value of collateral: **$0.00**

**Creditor's mailing address**
**409 3rd Street SW**
_____

**Washington        DC    20416**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**    **7   9   0   9**

**Describe the lien**
**Small Business loan**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.3**

| | |
|---|---|
| **Creditor's name**<br>**Small Business Admin.** | **Describe debtor's property that is subject to a lien**<br>**721 S 1st St, Abilene, TX 79602** |

Amount of claim: **$250,194.87**  Value of collateral: **$0.00**

**Creditor's mailing address**
**409 3rd Street SW**
_____

**Washington        DC    20416**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**    **7   0   1   0**

**Describe the lien**
**Small Business loan**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Collateral has been sold**

---

**Fill in this information to identify the case:**

Debtor    **Mugshotz Bar & Grill LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐  No. Go to Part 2.
☑  Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $19,053.35 | $19,053.35 |

**2.1**   Priority creditor's name and mailing address

**Central Appraisal District of Taylor Cou**

**P.O. Box 1800**

**1534 S Treadaway**

**Abilene**                    **TX**      **79604**

Date or dates debt was incurred

**2021**

Last 4 digits of account
number    **8    4    8    2**

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Property Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $150,000.00 | $150,000.00 |

**2.2**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Mail Code 5026 DAL**

**1100 Commerce Street, Room 9A20**

**Dallas**                    **TX**      **75242**

Date or dates debt was incurred

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor **Mugshotz Bar & Grill LLC**                                            Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Texas Workforce Commission**

**Regulatory Integrity Division, Collectio**

**101 E 15th St, Room 556**

_____

**Austin**                        **TX**        **78778-0001**

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number    9    5    6    4**

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)(    8    )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$6,609.87**   Priority amount: **$6,609.87**

| Debtor | **Mugshotz Bar & Grill LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
     claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$724.22

**Atmos Energy Corporation**

☐ Contingent

**ATTN: Bankruptcy Group**

☐ Unliquidated

**PO Box 650205**

☐ Disputed

| **Dallas** | **TX** | **75265** |
|---|---|---|

Basis for the claim:
**Utilities**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **0   2   8   5**

☑ No
☐ Yes

---

**3.2**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$516.59

**Black Plumbing**

☐ Contingent

**PO Box 6347**

☐ Unliquidated

☐ Disputed

| **Abilene** | **TX** | **79608** |
|---|---|---|

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **2   2   7   7**

☑ No
☐ Yes

---

**3.3**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$5,162.59

**Blue Vine**

☐ Contingent

**600 Congress Ave**

☐ Unliquidated

**Suite 14012**

☐ Disputed

| **Austin** | **TX** | **78701** |
|---|---|---|

Basis for the claim:
**Unknown**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.4**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$175.20

**Brinks Home Security**

☐ Contingent

**PO Box 814530**

☐ Unliquidated

☐ Disputed

| **Dallas** | **TX** | **75381** |
|---|---|---|

Basis for the claim:
**Utilities**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **1   6   4   9**

☑ No
☐ Yes

---

| Debtor | **Mugshotz Bar & Grill LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265,654.75 |
|---|---|---|---|

**Capital Cerified Development Corp**

**1250 S Capital of Texas Hwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **West Lake Hills** | **TX** | **78746** |

**Basis for the claim:**  **Unknown**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   **7   0   1   0**

☒ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,399.47 |
|---|---|---|---|

**Cirro Energy**

**PO Box 2229**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77252** |

**Basis for the claim:**  **Utilities**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   **8   8   5   2**

☒ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,602.22 |
|---|---|---|---|

**City of Abilene**

**Customer Service Center**

**4595 S 1st St**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Abilene** | **TX** | **79605** |

**Basis for the claim:**  **Utilities**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   **2   9   1   4**

☒ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,950.00 |
|---|---|---|---|

**Corporate Turnaround**

**95 Route 17 South**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Paramus** | **NJ** | **07652** |

**Basis for the claim:**  **Unknown**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   ___  ___  ___  ___

☒ No
☐ Yes

Original creditor Cashbloom - this company was hired to negotiate/restructure the Cashbloom loan

| Debtor | **Mugshotz Bar & Grill LLC** | Case number (if known) | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

$1,000.36

**Ecolab**

**1 Ecolab Place**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Saint Paul** | **MN** | **55102** |

Basis for the claim:
**Chemicals for Dish Machine**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **8  3  4  1**

---

| | | |
|---|---|---|
| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

$35,100.00

**Financial Pacific Leasing**

**3455 S 344th Way STE 300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Federal Way** | **WA** | **98001** |

Basis for the claim:
**Lease of kitchen equipment and tables and chairs**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **6  3  0  1**

---

| | | |
|---|---|---|
| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

$327,340.62

**First Financial Bank - Abilene**

**3300 S. 14th St.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Abilene** | **TX** | **79605** |

Basis for the claim:
**Remodeling**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **9  4  5  9**

---

| | | |
|---|---|---|
| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

$1,112.72

**First Insurance Funding**

**450 Skokie Blvd, Ste 1000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Northbrook** | **IL** | **60062** |

Basis for the claim:
**Insurance**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **8  2  1  3**

| Debtor | **Mugshotz Bar & Grill LLC** | Case number (if known) | |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,892.56 |
|---|---|---|---|

**Marlin Capital Solutions**

**300 Fellowship Rd.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Mount Laurel Township | NJ | 08054 |
|---|---|---|

**Basis for the claim:** Point of sales system

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **7   0   0   1**

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $866.63 |
|---|---|---|---|

**NU Co2**

**PO Box 3328**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Stuart | FL | 34995 |
|---|---|---|

**Basis for the claim:** Services

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0   8   0   2**

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,431.93 |
|---|---|---|---|

**Performance Food Group**

**5225 Investment Dr.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Dallas | TX | 75236 |
|---|---|---|

**Basis for the claim:** Supplies

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **9   0   1   9**

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,023.37 |
|---|---|---|---|

**Sysco**

**1390 Enclave Parkway**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77077 |
|---|---|---|

**Basis for the claim:** Services

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **8   0   0   6**

---

| Debtor | **Mugshotz Bar & Grill LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $701.98 |
|---|---|---|---|

**TimePayment**

**200 Summit Dr., Ste 100**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Burlington** | **MA** | **01803** |
|---|---|---|

**Basis for the claim:**
**Point of Sale System**

Date or dates debt was incurred

Last 4 digits of account number    **2    2    9    2**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $343.36 |
|---|---|---|---|

**Total Fire and Safety Inc.**

**7909 Carr Street**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75227** |
|---|---|---|

**Basis for the claim:**
**Services**

Date or dates debt was incurred

Last 4 digits of account number    **2    6    8    8**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Mugshotz Bar & Grill LLC**                                    Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a.   **Total claims from Part 1**                                        5a.   $175,663.22

5b.   **Total claims from Part 2**                                        5b. **+** $705,998.57

5c.   **Total of Parts 1 and 2**                                          5c.   $881,661.79
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    **Mugshotz Bar & Grill LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)                                   Chapter    **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑    No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐    Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.    **List all contracts and unexpired leases**                    **State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease**

| Fill in this information to identify the case: |
| --- |

Debtor name   **Mugshotz Bar & Grill LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

**1.  Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Anthony and Jamie Miller** | **3265 S Hwy 208**<br>Number      Street<br><br>**Snyder**         **TX**   **79549**<br>City              State   ZIP Code | **Capital Cerified Development Corp** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2  **Anthony Miller** | **3265 S Hwy 208**<br>Number      Street<br><br>**Snyder**         **TX**   **79549**<br>City              State   ZIP Code | **Small Business Admin.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  **Anthony Miller** | **3265 S Hwy 208**<br>Number      Street<br><br>**Snyder**         **TX**   **79549**<br>City              State   ZIP Code | **Small Business Admin.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4  **Anthony Miller** | **3265 S Hwy 208**<br>Number      Street<br><br>**Snyder**         **TX**   **79549**<br>City              State   ZIP Code | **Blue Vine** | ☐ D<br>☑ E/F<br>☐ G |

Debtor      **Mugshotz Bar & Grill LLC**                                        Case number (if known) _____

| | |
|---|---|
| ▮ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.5 | Anthony Miller | 3265 S Hwy 208<br>Number      Street<br><br>Snyder              TX    79549<br>City                      State   ZIP Code | Central Appraisal District of Taylor Cou | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | Anthony Miller | 3265 S Hwy 208<br>Number      Street<br><br>Snyder              TX    79549<br>City                      State   ZIP Code | Corporate Turnaround | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 | Anthony Miller | 3265 S Hwy 208<br>Number      Street<br><br>Snyder              TX    79549<br>City                      State   ZIP Code | Financial Pacific Leasing | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Anthony Miller | 3265 S Hwy 208<br>Number      Street<br><br>Snyder              TX    79549<br>City                      State   ZIP Code | First Financial Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Anthony Miller | 3265 S Hwy 208<br>Number      Street<br><br>Snyder              TX    79549<br>City                      State   ZIP Code | First Financial Bank - Abilene | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Anthony Miller | 3265 S Hwy 208<br>Number      Street<br><br>Snyder              TX    79459<br>City                      State   ZIP Code | Marlin Capital Solutions | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Anthony Miller | 3265 S Hwy 208<br>Number      Street<br><br>Snyder              TX    79459<br>City                      State   ZIP Code | Performance Food Group | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Mugshotz Bar & Grill LLC** | Case number (if known) | |
|---|---|---|---|

▇ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.12  Anthony Miller** | **3265 S Hwy 208** <br> Number    Street <br><br> **Snyder** **TX** **79459** <br> City                State    ZIP Code | **Sysco** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.13  Anthony Miller** | **3265 S Hwy 208** <br> Number    Street <br><br> **Snyder** **TX** **79459** <br> City                State    ZIP Code | **TimePayment** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.14  Anthony Miller** | **3265 S Hwy 208** <br> Number    Street <br><br> **Snyder** **TX** **79549** <br> City                State    ZIP Code | **City of Abilene** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.15  Anthony Miller** | **3265 S Hwy 208** <br> Number    Street <br><br> **Snyder** **TX** **79549** <br> City                State    ZIP Code | **First Insurance Funding** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.16  Anthony Miller** | **3265 S Hwy 208** <br> Number    Street <br><br> **Snyder** **TX** **79549** <br> City                State    ZIP Code | **Internal Revenue Service** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.17  Anthony Miller** | **3265 S Hwy 208** <br> Number    Street <br><br> **Snyder** **TX** **79549** <br> City                State    ZIP Code | **Texas  Workforce Commission** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.18  Jarod Newberry** | **3618 Varsity Lane** <br> Number    Street <br><br> **Abilene** **TX** **79602** <br> City                State    ZIP Code | **Blue Vine** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor    **Mugshotz Bar & Grill LLC**                                    Case number (if known) _____

██   **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.19  **Jarod Newberry** | **3618 Varsity Lane** <br> Number      Street <br><br> **Abilene          TX    79602** <br> City                    State    ZIP Code | **Capital Cerified Development Corp** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.20  **Jarod Newberry** | **3618 Varsity Lane** <br> Number      Street <br><br> **Abilene          TX    79602** <br> City                    State    ZIP Code | **Central Appraisal District of Taylor Cou** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.21  **Jarod Newberry** | **3618 Varsity Lane** <br> Number      Street <br><br> **Abilene          TX    79602** <br> City                    State    ZIP Code | **City of Abilene** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.22  **Jarod Newberry** | **3618 Varsity Lane** <br> Number      Street <br><br> **Abilene          TX    79602** <br> City                    State    ZIP Code | **Corporate Turnaround** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.23  **Jarod Newberry** | **3618 Varsity Lane** <br> Number      Street <br><br> **Abilene          TX    79602** <br> City                    State    ZIP Code | **Financial Pacific Leasing** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.24  **Jarod Newberry** | **3618 Varsity Lane** <br> Number      Street <br><br> **Abilene          TX    79602** <br> City                    State    ZIP Code | **First Financial Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.25  **Jarod Newberry** | **3618 Varsity Lane** <br> Number      Street <br><br> **Abilene          TX    79602** <br> City                    State    ZIP Code | **First Financial Bank - Abilene** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor    **Mugshotz Bar & Grill LLC**                              Case number (if known) _____

| ▆ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |

*Check all schedules that apply:*

| | **Name** | **Mailing address** | **Name** | |
|---|---|---|---|---|
| 2.26 | Jarod Newberry | 3618 Varsity Lane<br>Number       Street<br><br>Abilene          TX    79602<br>City                State   ZIP Code | First Insurance Funding | ☐ D<br>☑ E/F<br>☐ G |
| 2.27 | Jarod Newberry | 3618 Varsity Lane<br>Number       Street<br><br>Abilene          TX    79602<br>City                State   ZIP Code | Internal Revenue Service | ☐ D<br>☑ E/F<br>☐ G |
| 2.28 | Jarod Newberry | 3618 Varsity Lane<br>Number       Street<br><br>Abilene          TX    79602<br>City                State   ZIP Code | Marlin Capital Solutions | ☐ D<br>☑ E/F<br>☐ G |
| 2.29 | Jarod Newberry | 3618 Varsity Lane<br>Number       Street<br><br>Abilene          TX    79602<br>City                State   ZIP Code | Performance Food Group | ☐ D<br>☑ E/F<br>☐ G |
| 2.30 | Jarod Newberry | 3618 Varsity Lane<br>Number       Street<br><br>Abilene          TX    79602<br>City                State   ZIP Code | Small Business Admin. | ☑ D<br>☐ E/F<br>☐ G |
| 2.31 | Jarod Newberry | 3618 Varsity Lane<br>Number       Street<br><br>Abilene          TX    79602<br>City                State   ZIP Code | Small Business Admin. | ☑ D<br>☐ E/F<br>☐ G |
| 2.32 | Jarod Newberry | 3618 Varsity Lane<br>Number       Street<br><br>Abilene          TX    79602<br>City                State   ZIP Code | Sysco | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Mugshotz Bar & Grill LLC**_____    Case number (if known)_____

## ▉ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.33  Jarod Newberry** | **3618 Varsity Lane**<br>Number    Street<br><br>**Abilene        TX    79602**<br>City                        State    ZIP Code | **Texas  Workforce Commission** | ☐ D<br>☑ E/F<br>☐ G |
| **2.34  Jarod Newberry** | **3618 Varsity Lane**<br>Number    Street<br><br>**Abilene        TX    79602**<br>City                        State    ZIP Code | **TimePayment** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **Mugshotz Bar & Grill LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B............................................................................ | **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B......................................................................... | **$0.00**

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B............................................................................ | **$0.00**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... | **$400,195.87**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | **$175,663.22**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................. | **+    $705,998.57**

4. **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................. | **$1,281,857.66**

**Fill in this information to identify the case and this filing:**

Debtor Name        **Mugshotz Bar & Grill LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                         12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____        X **/s/ Anthony Miller**_____
            MM / DD / YYYY              Signature of individual signing on behalf of debtor


                                       **Anthony Miller**_____
                                       Printed name
                                       **Managing Member**_____
                                       Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name  **Mugshotz Bar & Grill LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2022** <br> MM / DD / YYYY | to | Filing date | ☑ Operating a business <br> ☐ Other _____ | **$0.00** |
| For prior year: | From **01/01/2021** <br> MM / DD / YYYY | to | **10/01/2021** <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$547,927.84** |
| For the year before that: | From **01/01/2020** <br> MM / DD / YYYY | to | **12/31/2020** <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$677,414.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor   **Mugshotz Bar & Grill LLC**_____   Case number (if known) _____
      Name

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **First Financial Bank**<br>Creditor's name<br>**P.O. Box 701**<br>Street<br><br>**Abilene**    **TX**   **79604**<br>City    State  ZIP Code | **721 1st St.**<br>**Abilene, TX 79602** | **3/1/22** | **$339,668.00** |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Performance v. Mugshotz Etal** | | **County Court at Law #2**<br>Name<br>**1000 Guadalupe**<br>Street<br><br>**Austin**   **TX**   **78714**<br>City   State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**C-1-CV-21-004311** | | | |

Debtor    **Mugshotz Bar & Grill LLC**_____    Case number (if known) _____
       Name

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.    Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Alice Bower** | **$2162 attorney fees plus $338 court costs** | **various** | **$2,162.00** |
| | Address | | | |
| | **6421 Camp Bowie Blvd. Suite 300** | | | |
| | Street | | | |
| | _____ | | | |
| | **Fort Worth**     **TX**   **76116** | | | |
| | City     State   ZIP Code | | | |
| | Email or website address | | | |
| | _____ | | | |
| | Who made the payment, if not debtor? | | | |
| | **Anthony Paul Miller and Jarod Newberry** | | | |

**12.    Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 3

Debtor   __**Mugshotz Bar & Grill LLC**_____   Case number (if known) _____
         Name

13. **Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankrupcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
        ☐ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

| Debtor | **Mugshotz Bar & Grill LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Prosperity Bank** | XXXX- __ __ __ __ | ☑ Checking | **unknown** | **$0.00** |
| | Name | | ☐ Savings | | |
| | Street | | ☐ Money market | | |
| | | | ☐ Brokerage | | |
| | City        State    ZIP Code | | ☐ Other _____ | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Sitez Storage** | **Anthony Miller and Jarod Newberry** | **files and misc items -** | ☑ No |
| Name | | | ☐ Yes |
| | **Address** | | |
| Street | | | |
| | | | |
| **Abilene**        **Tx** | | | |
| City        State    ZIP Code | | | |

Debtor  **Mugshotz Bar & Grill LLC**                                    Case number (if known) _____
         <span>Name</span>

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

---

**Part 12:**  **Details About Environmental Information**

---

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

---

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service | | |
|---|---|---|---|---|
| 26a.1. | **Angela Rowe** <br> <span>Name</span> <br> **725 S Leggett** <br> <span>Street</span> | From | **1/2020** | To  **Current** |
| | **Abilene**               **TX**       **79605** <br> <span>City</span>                    <span>State</span>    <span>ZIP Code</span> | | | |

---

| Debtor | **Mugshotz Bar & Grill LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and address | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.2. | **Specialty Management Inc.** | | From | **2018** | To | **2019** |
| | Name | | | | | |
| | **301 N Willis Ste B** | | | | | |
| | Street | | | | | |
| | | | | | | |
| | **Abilene** | **TX** | **79603** | | | |
| | City | State | ZIP Code | | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27.   Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.   List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anthony Miller** | | **Officer** | **50%** |
| **Jarod Newberry** | | **Officer** | **50%** |

**29.   Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor  **Mugshotz Bar & Grill LLC**_____     Case number (if known) _____
     Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Part 14:    Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
     MM / DD / YYYY

**X /s/ Anthony MIller**_____     Printed name  **Anthony MIller**_____
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor  **Managing Member**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re  **Mugshotz Bar & Grill LLC**                                    Case No.  _____

                                                                       Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept...................................................................   **$2,162.00**

Prior to the filing of this statement I have received..........................................................   **$2,162.00**

Balance Due...............................................................................................................   **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>_____<br>*Date*</td><td>**/s/ Alice Bower**<br>_____<br>*Alice Bower*               Bar No.  15148500<br>Alice Bower<br>6421 Camp Bowie Blvd. Suite 300<br>Fort Worth, TX 76116<br>Phone: (817) 737-5436 / Fax: (817) 737-2970<br>ecf@alicebower.com, alice@alicebower.com,</td></tr>
</table>

**/s/ Anthony MIller**
_____
*Anthony MIller*
*Managing Member*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Mugshotz Bar & Grill LLC**                                      CASE NO

                                                                          CHAPTER     **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached creditors have been added to the official mailing matrix.


Date _____        Signature   **/s/ Anthony Miller**_____
                                                           *Anthony Miller*
                                                           *Managing Member*



Date _____        Signature   _____

Anthony and Jamie Miller
3265 S Hwy 208
Snyder, TX 79549


Anthony Miller
3265 S Hwy 208
Snyder, TX 79549


Anthony Miller
3265 S Hwy 208
Snyder TX 79459


Atmos Energy Corporation
ATTN: Bankruptcy Group
PO Box 650205
Dallas, TX 75265


Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001


Black Plumbing
PO Box 6347
Abilene, TX 79608


Blue Vine
600 Congress Ave
Suite 14012
Austin, TX 78701


Brinks Home Security
PO Box 814530
Dallas, TX 75381


Capital Cerified Development Corp
1250 S Capital of Texas Hwy
West Lake Hills, TX 78746

Central Appraisal District of Taylor Cou
P.O. Box 1800
1534 S Treadaway
Abilene, TX 79604


Cirro Energy
PO Box 2229
Houston, TX 77252


City of Abilene
Customer Service Center
4595 S 1st St
Abilene, TX 79605


Corporate Turnaround
95 Route 17 South
Paramus, NJ 07652


Ecolab
1 Ecolab Place
Saint Paul, MN 55102


Financial Pacific Leasing
3455 S 344th Way STE 300
Federal Way, WA 98001


First Financial Bank
P.O. Box 701
Abilene, TX  79604


First Financial Bank - Abilene
3300 S. 14th St.
Abilene, TX  79605


First Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062

```
Internal Revenue Service
Mail Code 5026 DAL
1100 Commerce Street, Room 9A20
Dallas, TX 75242


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
1100 Commerce Street, MC 5026 DAL
Dallas, TX 75242



Jarod Newberry
3618 Varsity Lane
Abilene, TX 79602



Marlin Capital Solutions
300 Fellowship Rd.
Mount Laurel Township, NJ 08054



NU Co2
PO Box 3328
Stuart, FL 34995



Performance Food Group
5225 Investment Dr.
Dallas, TX 75236



Small Business Admin.
409 3rd Street SW
Washington, DC 20416



Sysco
1390 Enclave Parkway
Houston, TX 77077
```

Texas  Workforce Commission
Regulatory Integrity Division, Collectio
101 E 15th St, Room 556
Austin, TX 78778-0001


TimePayment
200 Summit Dr., Ste 100
Burlington, MA 01803


Total Fire and Safety Inc.
7909 Carr Street
Dallas, TX 75227


U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, TX 75201


United States Attorney - Fort Worth
Burnett Plaza Suite 1700
801 Cherry Street Unit #4
Fort Worth, TX 76102-6882


United States Attorney Chad Meacham
1100 Commerce St Ste 300
Dallas, TX 75242


William T. Neary
US Trustee's Office
1100 Commerce Bldg. 9C60
Dallas, TX 75242